Wayne Farms LLC v. wayne-farms.com

Exhibit No. 1

Description: WAYNE FARMS Trademark Registration

Reg. No. or URL: 980466

Date: March 12, 1974

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2024-11-18 20:08:57 EST |
| Mark: | WAYNE FARMS |

**WAYNE FARMS**

| | | | |
|---|---|---|---|
| US Serial Number: | 72456414 | Application Filing Date: | May 03, 1973 |
| US Registration Number: | 980466 | Registration Date: | Mar. 12, 1974 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: | | LIVE/REGISTRATION/Issued and Active The trademark application has been registered with the Office. | |
| Status: | The registration has been renewed. | | |
| Status Date: | Jan. 12, 2024 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | WAYNE FARMS |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S) |

## Related Properties Information

| | |
|---|---|
| Claimed Ownership of US Registrations: | 241385, 822459 and others |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | [FRESH DRESSED AND FROZEN TURKEYS,] FRESH DRESSED AND FROZEN CHICKENS [, AND FRESH EGGS] | | |
| International Class(es): | 001, 005, 029, 030, 031, 032 | U.S Class(es): | 046 - Primary Class |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Aug. 20, 1965 | Use in Commerce: | Aug. 20, 1965 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | No |
| Filed 66A: | No | Currently 66A: | No |
| Filed No Basis: | No | Currently No Basis: | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | WAYNE FARMS LLC |
| **Owner Address:** | 4110 CONTIENTAL DRIVE<br>OAKWOOD, GEORGIA UNITED STATES 30566 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | David C Brezina |
| **Docket Number:** | 4T09613943 |
| **Attorney Primary Email Address:** | dbrezina@ladas.net |
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | David C Brezina<br>Ladas & Parry LLP<br>224 South Michigan Ave<br>Suite 1600<br>Chicago, ILLINOIS UNITED STATES 60604 |
| **Phone:** | 312.427.1300 |
| **Fax:** | 312.427.6663 |
| **Correspondent e-mail:** | dbrezina@ladas.net  chiustm@ladas.net  dbrezina@rcn.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 12, 2024 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jan. 12, 2024 | REGISTERED AND RENEWED (FOURTH RENEWAL - 10 YRS) | |
| Jan. 12, 2024 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jan. 12, 2024 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Jul. 17, 2023 | TEAS SECTION 8 & 9 RECEIVED | |
| Mar. 12, 2023 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Feb. 18, 2021 | NOTICE OF SUIT | |
| Jun. 15, 2015 | NOTICE OF SUIT | |
| Mar. 17, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Mar. 17, 2014 | REGISTERED AND RENEWED (THIRD RENEWAL - 10 YRS) | |
| Mar. 17, 2014 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Mar. 12, 2014 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Mar. 12, 2014 | TEAS SECTION 8 & 9 RECEIVED | |
| Mar. 12, 2014 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 22, 2011 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 22, 2011 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Aug. 22, 2008 | CASE FILE IN TICRS | |
| Jan. 10, 2004 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Jan. 10, 2004 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Oct. 22, 2003 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Oct. 22, 2003 | TEAS SECTION 8 & 9 RECEIVED | |
| Mar. 16, 1994 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Feb. 07, 1994 | REGISTERED - SEC. 9 FILED/CHECK RECORD FOR SEC. 8 | |
| Aug. 28, 1979 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | GENERIC WEB UPDATE | **Date in Location:** | Jan. 12, 2024 |

## Assignment Abstract Of Title Information

**Summary**

| | | | |
|---|---|---|---|
| **Total Assignments:** | 14 | **Registrant:** | ALLIED MILLS, INC. |

### Assignment 1 of 14

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL | | |
| **Reel/Frame:** | 0257/0627 | **Pages:** | 6 |
| **Date Recorded:** | Sep. 16, 1974 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | ALLIED MILLS, INC. | **Execution Date:** | Sep. 10, 1974 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | INDIANA |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | ALLIED MILLS, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 110 NORTH WACKER DRIVE<br>CHICAGO, ILLINOIS 60606 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | COFFEE & SWEENEY |
| **Correspondent Address:** | TWENTY NORTH WACKER DRIVE<br>CHICAGO, IL 60606 |

**Domestic Representative - Not Found**

### Assignment 2 of 14

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL | | |
| **Reel/Frame:** | 0407/0411 | **Pages:** | 5 |
| **Date Recorded:** | Jan. 13, 1982 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | ALLIED MILLS, INC. | **Execution Date:** | Jul. 14, 1981 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | CONTINENTAL GRAIN COMPANY | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 277 PARK AVE.<br>NEW YORK, NEW YORK 10172 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | CONTINENTAL GRAIN COMPANY |
| **Correspondent Address:** | 10 SOUTH RIVERSIDE PLAZA<br>CHICAGO, IL 60606 |

**Domestic Representative - Not Found**

### Assignment 3 of 14

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF NAME | | |
| **Reel/Frame:** | 1986/0170 | **Pages:** | 14 |

| | |
|---|---|
| **Date Recorded:** | Nov. 01, 1999 |
| **Supporting Documents:** | assignment-tm-1986-0170.pdf |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | CONTINENTAL GRAIN COMPANY | **Execution Date:** | Aug. 01, 1999 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | CONTIGROUP COMPANIES, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 340 JESSE JEWELL PARKWAY<br>GAINSVILLE, GEORGIA 30501 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | LEE, MANN, SMITH ET AL |
| **Correspondent Address:** | JAMES R. SWEENEY<br>P.O. BOX 2786<br>CHICAGO, ILLINOIS 60690-2786 |

**Domestic Representative - Not Found**

## Assignment 4 of 14

| | | | |
|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST | | |
| **Reel/Frame:** | 2163/0535 | **Pages:** | 9 |
| **Date Recorded:** | Sep. 13, 2000 | | |
| **Supporting Documents:** | assignment-tm-2163-0535.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | WAYNE FARMS LLC | **Execution Date:** | Apr. 28, 2000 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANIES | **State or Country Where Organized:** | DELAWARE |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | COOPERATIEVE CENTRALE RAIFFEISEN - BOERENLEENBANK B.A., NEW YORK BRANCH | | |
| **Legal Entity Type:** | COOPERATIVE BANKING ORGANIZATION | **State or Country Where Organized:** | No Place of Organization Found |
| **Address:** | 245 PARK AVENUE<br>NEW YORK, NEW YORK 10167 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | JENKENS & GILCHRIST, P.C. |
| **Correspondent Address:** | ANDRE M. SZUWALSKI<br>1445 ROSS AVENUE,<br>SUITE 3200<br>DALLAS, TX 75202-2799 |

**Domestic Representative - Not Found**

## Assignment 5 of 14

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | |
| **Reel/Frame:** | 2163/0499 | **Pages:** | 5 |
| **Date Recorded:** | Sep. 13, 2000 | | |
| **Supporting Documents:** | assignment-tm-2163-0499.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | CONTIGROUP COMPANIES, INC. | **Execution Date:** | May 04, 2000 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

### Assignee

| | |
|---|---|
| **Name:** | WAYNE FARMS, LLC |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |
| **Address:** | 340 JESSE JEWELL PARKWAY, SUITE 200<br>GAINESVILLE, GEORGIA 30501 |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | JENKENS & GILCHRIST, P.C. |
| **Correspondent Address:** | ANDRE M. SZUWALSKI<br>1445 ROSS AVENUE, STE. 3200<br>DALLAS, TX 75202-2799 |

**Domestic Representative - Not Found**

## Assignment 6 of 14

| | |
|---|---|
| **Conveyance:** | SECURITY INTEREST |
| **Reel/Frame:** | 5102/0579 |
| **Pages:** | 9 |
| **Date Recorded:** | Sep. 03, 2013 |
| **Supporting Documents:** | assignment-tm-5102-0579.pdf |

**Assignor**

| | |
|---|---|
| **Name:** | WAYNE FARMS LLC |
| **Execution Date:** | Aug. 30, 2013 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | |
|---|---|
| **Name:** | , NEW YORK BRANCH, AS ADMINISTRATIVE AGENT" target="_new"> COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., "RABOBANK NEDERLAND", NEW YORK BRANCH, AS ADMINISTRATIVE AGENT |
| **Legal Entity Type:** | A NEW YORK STATE LICENSED BRANCH OF A DUTCH BANKING COOPERATIVE |
| **State or Country Where Organized:** | NETHERLANDS |
| **Address:** | 245 PARK AVENUE<br>37TH FLOOR<br>NEW YORK, NEW YORK 10167 |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | LASHANA C. JIMMAR |
| **Correspondent Address:** | GREENBERG TRAURIG, LLP<br>3333 PIEDMONT ROAD, NE, SUITE 2500<br>ATLANTA, GA 30305 |

**Domestic Representative - Not Found**

## Assignment 7 of 14

| | |
|---|---|
| **Conveyance:** | SECURITY INTEREST |
| **Reel/Frame:** | 5486/0067 |
| **Pages:** | 8 |
| **Date Recorded:** | Mar. 26, 2015 |
| **Supporting Documents:** | assignment-tm-5486-0067.pdf |

**Assignor**

| | |
|---|---|
| **Name:** | WAYNE FARMS LLC |
| **Execution Date:** | Mar. 26, 2015 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | |
|---|---|
| **Name:** | , NEW YORK BRANCH, AS ADMINISTRATIVE AGENT" target="_new"> COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., "RABOBANK NEDERLAND", NEW YORK BRANCH, AS ADMINISTRATIVE AGENT |
| **Legal Entity Type:** | NEW YORK STATE LICENSED BRANCH OF A DUTCH BANKING COOPERATIVE |
| **State or Country Where Organized:** | NETHERLANDS |
| **Address:** | 245 PARK AVENUE<br>NEW YORK, NEW YORK 10167 |

**Correspondent**

| | |
|---|---|
| **Correspondent** | LASHANA C. JIMMAR, PARALEGAL |

| | |
|---|---|
| **Name:** | |
| **Correspondent Address:** | GREENBERG TRAURIG, LLP<br>3333 PIEDMONT ROAD, NE, SUITE 2500<br>ATLANTA, GA 30305 |

**Domestic Representative - Not Found**

## Assignment 8 of 14

| | | | |
|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST | | |
| **Reel/Frame:** | 6478/0553 | **Pages:** | 8 |
| **Date Recorded:** | Nov. 08, 2018 | | |
| **Supporting Documents:** | assignment-tm-6478-0553.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | WAYNE FARMS LLC | **Execution Date:** | Nov. 08, 2018 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | COOPERATIEVE RABOBANK U.A., NEW YORK BRANCH, AS ADMINISTRATIVE AGENT | | |
| **Legal Entity Type:** | A NEW YORK STATE LICENSED BRANCH OF A DUTCH BANKING COOPERATIVE | **State or Country Where Organized:** | NETHERLANDS |
| **Address:** | 245 PARK AVENUE<br>NEW YORK, NEW YORK 10167 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | LASHANA C. JIMMAR, PARALEGAL |
| **Correspondent Address:** | GREENBERG TRAURIG, LLP<br>3333 PIEDMONT ROAD, NE, SUITE 2500<br>ATLANTA, GA 30305 |

**Domestic Representative - Not Found**

## Assignment 9 of 14

| | | | |
|---|---|---|---|
| **Conveyance:** | RELEASE BY SECURED PARTY | | |
| **Reel/Frame:** | 7805/0103 | **Pages:** | 6 |
| **Date Recorded:** | Jul. 28, 2022 | | |
| **Supporting Documents:** | assignment-tm-7805-0103.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | COOPERATIEVE RABOBANK U.A., NEW YORK BRANCH | **Execution Date:** | Jul. 22, 2022 |
| **Legal Entity Type:** | A NEW YORK STATE LICENSED BRANCH OF A DUTCH BANKING COOPERATIEVE | **State or Country Where Organized:** | NETHERLANDS |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | WAYNE FARMS LLC | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 4110 CONTINENTAL DRIVE<br>OAKWOOD, GEORGIA 30566 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | RUEL JERRY |
| **Correspondent Address:** | 1285 AVENUE OF THE AMERICAS<br>PAUL WEISS RIFKIND WHARTON &GARRISON LLP<br>NEW YORK, NY 10019-6064 |

**Domestic Representative - Not Found**

## Assignment 10 of 14

| | | | |
|---|---|---|---|
| **Conveyance:** | RELEASE BY SECURED PARTY | | |
| **Reel/Frame:** | 7805/0109 | **Pages:** | 6 |

**Date Recorded:** Jul. 28, 2022

**Supporting Documents:** assignment-tm-7805-0109.pdf

### Assignor

| | |
|---|---|
| **Name:** COOPERATIEVE RABOBANK U.A., NEW YORK BRANCH | **Execution Date:** Jul. 22, 2022 |
| **Legal Entity Type:** A NEW YORK STATE LICENSED BRANCH OF A DUTCH BANKING COOPERATIEVE | **State or Country Where Organized:** NETHERLANDS |

### Assignee

| | |
|---|---|
| **Name:** WAYNE FARMS LLC | |
| **Legal Entity Type:** LIMITED LIABILITY COMPANY | **State or Country Where Organized:** DELAWARE |
| **Address:** 4110 CONTINENTAL DRIVE OAKWOOD, GEORGIA 30566 | |

### Correspondent

**Correspondent Name:** RUEL JERRY

**Correspondent Address:** 1285 AVENUE OF THE AMERICAS
PAUL WEISS RIFKIND WHARTON &GARRISON LLP
NEW YORK, NY 10019-6064

**Domestic Representative - Not Found**

## Assignment 11 of 14

**Conveyance:** RELEASE BY SECURED PARTY
**Reel/Frame:** 7805/0115  **Pages:** 6
**Date Recorded:** Jul. 28, 2022
**Supporting Documents:** assignment-tm-7805-0115.pdf

### Assignor

| | |
|---|---|
| **Name:** COOPERATIEVE RABOBANK U.A., NEW YORK BRANCH | **Execution Date:** Jul. 22, 2022 |
| **Legal Entity Type:** A NEW YORK STATE LICENSED BRANCH OF A DUTCH BANKING COOPERATIEVE | **State or Country Where Organized:** NETHERLANDS |

### Assignee

| | |
|---|---|
| **Name:** WAYNE FARMS LLC | |
| **Legal Entity Type:** LIMITED LIABILITY COMPANY | **State or Country Where Organized:** DELAWARE |
| **Address:** 4110 CONTINENTAL DRIVE OAKWOOD, GEORGIA 30566 | |

### Correspondent

**Correspondent Name:** RUEL JERRY

**Correspondent Address:** 1285 AVENUE OF THE AMERICAS
PAUL WEISS RIFKIND WHARTON &GARRISON LLP
NEW YORK, NY 10019-6064

**Domestic Representative - Not Found**

## Assignment 12 of 14

**Conveyance:** RELEASE BY SECURED PARTY
**Reel/Frame:** 7805/0121  **Pages:** 6
**Date Recorded:** Jul. 28, 2022
**Supporting Documents:** assignment-tm-7805-0121.pdf

### Assignor

| | |
|---|---|
| **Name:** COOPERATIEVE RABOBANK U.A., NEW YORK BRANCH | **Execution Date:** Jul. 22, 2022 |
| **Legal Entity Type:** A NEW YORK STATE LICENSED BRANCH OF A DUTCH BANKING COOPERATIEVE | **State or Country Where Organized:** NETHERLANDS |

| | |
|---|---|
| **Assignee** | |
| **Name:** | WAYNE FARMS LLC |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |
| **Address:** | 4110 CONTINENTAL DRIVE<br>OAKWOOD, GEORGIA 10019-6064 |

| | |
|---|---|
| **Correspondent** | |
| **Correspondent Name:** | RUEL JERRY |
| **Correspondent Address:** | 1285 AVENUE OF THE AMERICAS<br>PAUL WEISS RIFKIND WHARTON &GARRISON LLP<br>NEW YORK, NY 10019-6064 |

**Domestic Representative - Not Found**

## Assignment 13 of 14

| | |
|---|---|
| **Conveyance:** | RELEASE BY SECURED PARTY |
| **Reel/Frame:** | 7805/0127 |
| **Pages:** | 6 |
| **Date Recorded:** | Jul. 28, 2022 |
| **Supporting Documents:** | assignment-tm-7805-0127.pdf |

| | |
|---|---|
| **Assignor** | |
| **Name:** | COOPERATIEVE RABOBANK U.A., NEW YORK BRANCH |
| **Execution Date:** | Jul. 22, 2022 |
| **Legal Entity Type:** | A NEW YORK STATE LICENSED BRANCH OF A DUTCH BANKING COOPERATIEVE |
| **State or Country Where Organized:** | NETHERLANDS |

| | |
|---|---|
| **Assignee** | |
| **Name:** | WAYNE FARMS LLC |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |
| **Address:** | 4110 CONTINENTAL DRIVE<br>OAKWOOD, GEORGIA 30566 |

| | |
|---|---|
| **Correspondent** | |
| **Correspondent Name:** | RUEL JERRY |
| **Correspondent Address:** | 1285 AVENUE OF THE AMERICAS<br>PAUL WEISS RIFKIND WHARTON &GARRISON LLP<br>NEW YORK, NY 10019-6064 |

**Domestic Representative - Not Found**

## Assignment 14 of 14

| | |
|---|---|
| **Conveyance:** | SECURITY INTEREST |
| **Reel/Frame:** | 7807/0574 |
| **Pages:** | 11 |
| **Date Recorded:** | Aug. 01, 2022 |
| **Supporting Documents:** | assignment-tm-7807-0574.pdf |

| | |
|---|---|
| **Assignor** | |
| **Name:** | WAYNE FARMS LLC |
| **Execution Date:** | Jul. 22, 2022 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

| | |
|---|---|
| **Assignee** | |
| **Name:** | COOPERATIEVE RABOBANK U.A., NEW YORK BRANCH, AS COLLATERAL AGENT |
| **Legal Entity Type:** | A NYS LICENSED BRANCH OF A DUTCH BANKING COOPERATIVE |
| **State or Country Where Organized:** | NETHERLANDS |
| **Address:** | 245 PARK AVENUE<br>NEW YORK, NEW YORK 10167 |

| | |
|---|---|
| **Correspondent** | |
| **Correspondent** | LATHAM & WATKINS LLP C/O ANGELA M. AMARU |

**Name:**

**Correspondent Address:** 1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

**Domestic Representative - Not Found**

United States Patent Office     980,466
Registered Mar. 12, 1974

PRINCIPAL REGISTER
Trademark

Ser. No. 456,414, filed May 3, 1973

# WAYNE FARMS

Allied Mills, Inc. (Indiana corporation)
110 N. Wacker Drive
Chicago, Ill. 60606

For: FRESH DRESSED AND FROZEN TURKEYS, FRESH DRESSED AND FROZEN CHICKENS, AND FRESH EGGS, in CLASS 46 (INT. CL. 29).
   First use Aug. 20, 1965; in commerce Aug. 20, 1965.
   Owner of Reg. Nos. 241,385, 822,459, and others.