Wayne Farms LLC v. wayne-farms.com

Exhibit No. 2

Description: Wayne Farms 2015 Website Copyright

Reg. No. or URL: TX 8160962

Date: April 29, 2015

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
**TX 8-160-962**
**Effective Date of Registration:**
April 29, 2015

## Title

**Title of Work:** Wayne Farms 2015 Website

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** April 01, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Wayne Farms LLC
  **Author Created:** text, photograph(s), computer program, artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Wayne Farms LLC
4110 Continental Drive, Oakwood, GA, 30566, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previous version

**New material included in claim:** new and revised text

## Certification

**Name:** David C Brezina
**Date:** April 29, 2015
**Applicant's Tracking Number:** C15670021

**Correspondence:** Yes

**Registration #:** TX0008160962
**Service Request #:** 1-2346047561

Ladas & Parry LLP
David C Brezina
224 S Michigan Ave
Suite 1600
Chicago, IL 60604 United States