Wayne Farms LLC v. wayne-farms.com

Exhibit No. 3a

Description: Wayne Farms LLC – wayne-farms.com

URL: https://wayne-farms.com/https://wayne-farms.com/

Date Last Accessed and Printed: December 26, 2024



**4110 Continental Dr, Oakwood, GA 30566**

**sales@wayne-farms.com**

## Menu

Home   About Us   Products   Contact Us



Home / Chicken / Frozen Chicken Gizzards

Chicken

# Frozen Chicken Gizzards

**Readily available Gizzards of Chicken, Frozen**

Frozen chicken gizzards are available wholesale and in bulk from us. Our advanced manufacturing facilities are ISO accredited and a source from eligible B2BSuppliers, and we offer HALAL products. Our commodity has the best prices on the market right now, thanks to our 20% discount.

Weight / Sizes:

10 Kilograms

Packaging:

Vacuum Packing Packing Specifications: 5 X 2 Kilograms / Carton (10 Kilograms)

Packing Specifications:

Vacuum Packing Packing Specifications

Category: Chicken

**Reviews (0)**

There are no reviews yet.

Be the first to review "Frozen Chicken Gizzards"

Your email address will not be published. Required fields are marked *

Your rating *  ☆☆☆☆☆

Your review *

**Name \***

**Email \***

☐ Save my name, email, and website in this browser for the next time I comment.

Submit

## Related products



**Boneless Skinless Chicken Breast Without Inner Fillet**

Read more

**Chicken Leg Quarter**

Read more

**Whole Chicken3(Griller)**

Read more



**SADIA Chicken Drumstick**

Read more

## About Us

Wayne Farms LLC has been making nutritious, high-quality food products for more than 20 years, which are used in some of the best recipes in the world.

## Main Menu

Home
About Us
Products
Contact Us

## Contact Us

**Email :** sales@wayne-farms.com
**Address :** 4110 Continental Dr, Oakwood, GA 30566

Copyright © 2023 Wayne Farms LLC | All Right Reserved

Case: 1:25-cv-00620 Document #: 1-3 Filed: 01/17/25 Page 6 of 6 PageID #:35