Wayne Farms LLC v. wayne-farms.com

Exhibit No. 3b

Description: About Us – Wayne Farms LLC (wayne-farms.com)

URL: https://wayne-farms.com/about-us/https://wayne-farms.com/about-us/

Date Last Accessed and Printed: December 26, 2024

Case: 1:25-cv-00620 Document #: 1-4 Filed: 01/17/25 Page 2 of 4 PageID #:37



4110 Continental Dr, Oakwood, GA 30566

sales@wayne-farms.com

**Menu**　　　**Home**　　　**Products**　　　**Contact Us**

# About US

## OUR VISION & VALUES:

To be the best in all we do, completely focused on our business, ensuring the best products and services to our customers, a relationship of trust with our suppliers, profitability for our shareholders and the opportunity of a better future for all of our team members. .

## Determination:

Be relentless. Deliver superior results. Adopt a sense of urgency. Make things happen.

### Simplicity

Be practical. Focus on what is important. Adopt a hands-on approach. Avoid bureaucracy.

### Availability

Be receptive and open. Always be prepared and motivated to take on new challenges.

### Humility

Listen. Be helpful and thoughtful. Act with respect. Prioritize the team over yourself. Value the opinion of others.

### Sincerity

Be direct, truthful and transparent. Respectfully express opinion. Know how to say no, but be positive and

offer solutions.

## Discipline

Be punctual. Fulfill commitments. Deliver results. Do not make excuses.

## Ownership

Be committed to results. Focus on details. Take responsibility.

## Halal Whole Chicken and Parts:

1. Frozen whole chicken
2. Frozen chicken feet
3. Frozen chicken Paw
4. Frozen chicken breast
5. Frozen chicken thighs
6. Frozen chicken drumstick
7. Frozen chicken leg quatars
8. Frozen chicken wings
9. Boneeles skinless chicken fillets, and all other chicken parts.

- Direct Chicken Export To China
- Direct Chicken Export To Hong Kong
- Direct Chicken Export To Canada
- Direct Chicken Export To Europe
- Direct Chicken Export To America
- Direct Chicken Export To Japan
- Direct Chicken Export To South Korea
- Direct Chicken Export To Thailand
- Direct Chicken Export To Singapor

### About Us

Wayne Farms LLC has been making nutritious, high-quality food products for more than 20 years, which are used in some of the best recipes in the world.

# Main Menu

Home
About Us
Products
Contact Us

# Contact Us

**Email :** sales@wayne-farms.com
**Address :** 4110 Continental Dr, Oakwood, GA 30566

Copyright © 2023 Wayne Farms LLC | All Right Reserved