Wayne Farms LLC v. wayne-farms.com

Exhibit No. 3c

Description:  Contact Us – Wayne Farms LLC (wayne-farms.com)

URL: https://wayne-farms.com/contact-us/https://wayne-farms.com/contact-us/

Date Last Accessed and Printed: December 26, 2024



4110 Continental Dr, Oakwood, GA 30566

sales@wayne-farms.com

Menu          Home          About Us          Products

# Contact Us



4110 Continental Dr, Oakwood, GA 30566



sales@wayne-farms.com

## Get A Quote

Name

Phone

Email

Subject



Submit

## View Location



**4110 Continental Dr**

4110 Continental Dr, Oakwood, GA 30566

Directions

View larger map

## About Us

Wayne Farms LLC has been making nutritious, high-quality food products for more than 20 years, which are used in some of the best recipes in the world.

## Main Menu

Home
About Us
Products
Contact Us

## Contact Us

**Email :** sales@wayne-farms.com
**Address :** 4110 Continental Dr, Oakwood, GA 30566

Copyright © 2023 Wayne Farms LLC | All Right Reserved