Wayne Farms LLC v. wayne-farms.com

Exhibit No. 3d

Description: Shop – Wayne Farms LLC (wayne-farms.com)

URL: https://wayne-farms.com/shop/https://wayne-farms.com/shop/

Date Last Accessed and Printed: December 26, 2024

Case: 1:25-cv-00620 Document #: 1-6 Filed: 01/17/25 Page 2 of 5 PageID #:45



**Menu**

Home    About Us    Contact Us

Home / Shop

# Shop

Showing 1–12 of 19 results     Default sorting



**Boneless Chicken Thigh Kakugiri**

Read more

**Boneless Skinless Chicken Breast Without Inner Fillet**

Read more



**Boneless Skinless Chicken Leg**

Read more







**Boneless Skinless Whole Chicken Breast**

**Chicken Feet**

**Chicken Leg Quarter**

Read more

Read more

Read more







**Chicken Thigh Suppliers with Delicious Meat Items**

**Frozen 2 Joint Wing**

**Frozen Chicken Breast-Fillets**

Read more

Read more

Read more

  

**Frozen Chicken Gizzards**

Read more

**Frozen Chicken Livers**

Read more

**Frozen Chicken Paws**

Read more

1　2　→

## About Us

Wayne Farms LLC has been making nutritious, high-quality food products for more than 20 years, which are used in some of the best recipes in the world.

## Main Menu

Home
About Us
Products
Contact Us

Case: 1:25-cv-00620 Document #: 1-6 Filed: 01/17/25 Page 5 of 5 PageID #:48

## Contact Us

**Email :** sales@wayne-farms.com

**Address :** 4110 Continental Dr, Oakwood, GA 30566

Copyright © 2023 Wayne Farms LLC | All Right Reserved