Wayne Farms LLC v. wayne-farms.com

Exhibit No. 3e

Description:  Shop – Page 2 – Wayne Farms LLC (wayne-farms.com)

URL: https://wayne-farms.com/shop/page/2/https://wayne-farms.com/shop/page/2/

Date Last Accessed and Printed: December 26, 2024

Case: 1:25-cv-00620 Document #: 1-7 Filed: 01/17/25 Page 2 of 4 PageID #:50



📍 4110 Continental Dr, Oakwood, GA 30566

✉ sales@wayne-farms.com

## Menu

| Home | About Us | | Contact Us |
|------|----------|---|------------|

Home / Shop / Page 2

# Shop

Showing 13–19 of 19 results

Default sorting ⌄







### Frozen Middle Joint Wing

Read more

### Halal Certified Frozen Three Joint Wing

Read more

### Renowned Chicken Legs Suppliers Offering Healthy Frozen Meat

Read more

Case: 1:25-cv-00620 Document #: 1-7 Filed: 01/17/25 Page 3 of 4 PageID #:51







**SADIA Chicken Drumstick**

**Sadia Whole Frozen Chicken Griller 1200g**

**Sadia Whole Frozen Griller Chicken 1200g**

Read more

Read more

Read more



**Whole Chicken3(Griller)**

Read more

  

## About Us

Wayne Farms LLC has been making nutritious, high-quality food products for more than 20 years, which are used in some of the best recipes in the world.

Case: 1:25-cv-00620 Document #: 1-7 Filed: 01/17/25 Page 4 of 4 PageID #:52

## Main Menu

Home

About Us

Products

Contact Us

## Contact Us

**Email :** sales@wayne-farms.com

**Address :** 4110 Continental Dr, Oakwood, GA 30566

Copyright © 2023 Wayne Farms LLC | All Right Reserved