Wayne Farms LLC v. wayne-farms.com

Exhibit No. 4

Description: Whois wayne-farms.com

URL: https://www.whois.com/whois/wayne-farms.comhttps://www.whois.com/whois/wayne-farms.com

Date Last Accessed and Printed: 45611



# wayne-farms.com

Updated 1 second ago

## Domain Information

| | |
|---|---|
| Domain: | wayne-farms.com |
| Registrar: | GoDaddy.com, LLC |
| Registered On: | 2023-12-12 |
| Expires On: | 2024-12-12 |
| Updated On: | 2023-12-12 |
| Status: | clientDeleteProhibited<br>clientRenewProhibited<br>clientTransferProhibited<br>clientUpdateProhibited |
| Name Servers: | ns09.domaincontrol.com<br>ns10.domaincontrol.com |

## Registrant Contact

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com<br>100 S. Mill Ave, Suite 1600 |
| City: | Tempe |
| State: | Arizona |
| Postal Code: | 85281 |
| Country: | US |
| Phone: | +1.4806242599 |

| | |
|---|---|
| Email: | Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=wayne-farms.com |

## Technical Contact

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com<br>100 S. Mill Ave, Suite 1600 |
| City: | Tempe |
| State: | Arizona |
| Postal Code: | 85281 |
| Country: | US |
| Phone: | +1.4806242599 |
| Email: | Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=wayne-farms.com |

## Raw Whois Data

```
Domain Name: wayne-farms.com
Registry Domain ID: 2837069852_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2023-12-12T03:05:18Z
Creation Date: 2023-12-12T03:05:18Z
Registrar Registration Expiration Date: 2024-12-12T03:05:18Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibite
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
```

```
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 100 S. Mill Ave, Suite 1600
Registrant City: Tempe
Registrant State/Province: Arizona
Registrant Postal Code: 85281
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 100 S. Mill Ave, Suite 1600
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85281
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/result
Name Server: NS09.DOMAINCONTROL.COM
Name Server: NS10.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2024-11-15T16:55:17Z <<<
For more information on Whois status codes, please visit https://icann.org/epp

TERMS OF USE: The data contained in this registrar's Whois database, while believed b
registrar to be reliable, is provided "as is" with no guarantee or warranties regard:
accuracy. This information is provided for the sole purpose of assisting you in obta:
information about domain name registration records. Any use of this data for any othe
is expressly forbidden without the prior written permission of this registrar. By sub
an inquiry, you agree to these terms and limitations of warranty. In particular, you
to use this data to allow, enable, or otherwise support the dissemination or collect:
data, in part or in its entirety, for any purpose, such as transmission by e-mail, te
postal mail, facsimile or other means of mass unsolicited, commercial advertising or
of any kind, including spam. You further agree not to use this data to enable high vc
or robotic electronic processes designed to collect or compile this data for any purp
```

```
mining this data for your own personal or commercial purposes. Failure to comply with
may result in termination of access to the Whois database. These terms may be subject
at any time without notice.
```

Interested in similar domains?

| | |
|---|---|
| lakewaynefarms.com | Buy Now |
| waynevineyards.com | Buy Now |
| waynefarmsny.com | Buy Now |
| westwaynefarms.com | Buy Now |
| wayne-farms.net | Buy Now |
| wayneorchards.com | Buy Now |

.space
$29.88  $1.88

BUY NOW

*while stocks last

**On Sale!**

.blog

**.BLOG @ $5.28** $31.88



## related domain names

godaddy.com | icann.org | domaincontrol.com | domainsbyproxy.com | internic.net

Copyright © Whois.com. All rights reserved
Privacy | Terms