405839
Law Firm Ref#: Wayne Farms, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**WAYNE FARMS, LLC,**

Plaintiff(s)
vs.

**wayne-farms.com, JOHN DOE, and IVAN DOE, INC.,**

Defendant(s)

Case No.: 1:25-cv-00620
**AFFIDAVIT OF SPECIAL PROCESS SERVER**

I, Robert Harenberg Jr, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party of this action. I am an agent of It's Your Serve, Inc, Illinois Department of Financial and Professional Regulation number 117.000885. I attempted service of the within **Summons in a Civil Case; Civil Cover Sheet; Complaint to wayne-farms.com, Registrant contact information of the domain name provided by the registrant to the registrar, GoDaddy;DomainsByProxy.com, located at 100 S. Mill Avenue, Suite 1600, Tempe, AZ 85281** resulting in the following:

☐ **PERSONAL SERVICE:** By leaving a copy of the process with wayne-farms.com, Registrant contact information of the domain name provided by the registrant to the registrar, GoDaddy;DomainsByProxy.com personally on the ____ day of _____, 20____ at _____M.

☒ **AUTHORIZED SERVICE:** By leaving a copy of the process with:
Name: Ben Varline, Title: Secuirty, an individual of the company willing and able to accept on behalf of the entity/respondent/witness on the 28 day of March, 20 25 at 11:40 A M.

☐ **SUBSTITUTE SERVICE:** By leaving a copy of the process at the above address which is wayne-farms.com, Registrant contact information of the domain name provided by the registrant to the registrar, GoDaddy;DomainsByProxy.com's usual place of abode with:
Name: _____, Relationship: _____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the listed documents on the ____ day of _____, 20____ at _____M.
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ____ day of _____, 20____.

☐ **NON-SERVICE:** for the following reasons with the **DATE** and **TIME** of each attempt listed along with a description of the attempt (attach an additional sheet if needed):

__/__/____ @ ____:____ _____
__/__/____ @ ____:____ _____
__/__/____ @ ____:____ _____

A description of person with whom the documents were left is as follows:
Sex: Male  Race: Caucasian  Approx. Age: 26+  Height: 5'6  Weight: 180  Hair: Brown
Noticeable features/Notes: Beard

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn before me on this 28 day of March, 20 25

_Dana Rodrigues_ (signature)
Notary Public

(Server Signature)
Robert Harenberg Jr
(Print Name)

Dana Rodrigues
Notary Public
Maricopa County, Arizona
My Comm. Expires 09-13-27
Commission No. 655542

SAAFF/405839