# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Wayne Farms LLC

                              Plaintiff,

v.                                                        Case No.: 1:25–cv–00620

                                                                   Honorable Jorge L. Alonso

wayne–farms.com, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 13, 2025:

        MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's motion [16], [17] is granted in part and denied in part. It is granted as to default under Federal Rule of Civil Procedure 55(a), but denied as to judgment or other relief. Default is entered. Plaintiff may file a motion for default judgment by 6/4/25. The motion should be supported by a memorandum of law and any necessary declarations, affidavits, or other supporting evidence. If Plaintiff believes it has good cause to file certain supporting evidence under seal under the standards set forth by the Seventh Circuit in Baxter International v. Abbott Laboratories, 297 F.3d 544, 546 (7th Cir. 2002), Union Oil Co. of California v. Leavell, 220 F.3d 562, 567–68 (7th Cir. 2000), and like cases, it may file an appropriate motion to seal in accord with the procedure described in Local Rule 26.2(c). The Court notes that the fact that the opposing party has marked certain documents "confidential" does not suffice to establish that they may be filed under seal; such documents must be filed on the public docket unless there is good cause to file them under seal, in accord with the principles set forth in the above case law. The status hearing set for 5/14/25 is stricken and reset for 6/18/25 at 9:30 a.m.. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.