Wayne Farms LLC v. wayne-farms.com

Exhibit No. 6

Description: Confirmation of Upload from Godaddy

Date: May 9, 2025

Case: 1:25-cv-00620 Document #: 19-1 Filed: 06/04/25 Page 2 of 2 PageID #:112



# Submission Complete

We have received your request. Please allow up to 72 hours for an initial response.

Copyright © 1999 - 2025 All Rights Reserved. Privacy Policy

Do not sell my personal information