Wayne Farms LLC v. wayne-farms.com

Exhibit No. 7

Description: Letter to Godaddy

Date: June 4, 2025





David C. Brezina      david.brezina@ladas.net

*-Celebrating 100 Years -*

LAW OFFICES ▪ LADAS & PARRY LLP ▪ 224 South Michigan Avenue ▪ Suite 1600 ▪ Chicago, Illinois 60604
P 312.427.1300 ext. 213 ▪ F 312.427.6663 ▪ F 312.427.6668 ▪ www.ladas.com

**VIA EMAIL AND US MAIL**

June 4, 2025

GoDaddy Legal Department
100 S. Mill Ave Suite 1600
Tempe, AZ 85281 USA

TrademarkClaims@godaddy.com
copyrightclaims@godaddy.com.
legal@godaddy.com
abuse@godaddy.com

    **RE:**    Cybersquatting Complaint concerning "wayne-farms.com"
             registered by GoDaddy WAYNE FARMS LLC v. wayne-farms.com,
             <u>Civil Action No. 25-620 Our File C224803027</u>

Dear GoDaddy:

Confirming the upload to your "abuse" page on May 9, 2025, please find accompanying this letter a copy of the Complaint and Exhibits 1 - 4 in WAYNE FARMS LLC v. wayne-farms.com, Civil Action No. 25-620 Our File C224803027.

                                                                 Yours truly,

                                                                 David C Brezina

Enclosures
Complaint, Exhibits 1 - 4