Wayne Farms LLC v. wayne-farms.com

Exhibit No. 8

Description: Wayne Farms LLC – wayne-farms.com

Documents Responsive to Subpoena GD 000001 - GD 000010

(Phone Number Redacted, Credit Card Number Redacted on original)

# Shopper Info for Shopper ID 597406494

| | |
|---|---|
| Shopper ID: | 597406494 |
| Private Label ID: | 1 |
| Login Name: | waynefarms66@gmail.com |
| First Name: | Van |
| Last Name: | Dam |
| Company: | |
| Address1: | 4110 Continental Dr |
| Address2: | |
| City: | Oakwood |
| State/Prov: | GA |
| Postal Code: | 30566 |
| Country: | PK |
| Phone Work: | +1.214794▇▇▇ |
| Phone Home: | |
| Mobile: | |
| Fax: | |
| Email: | waynefarms66@gmail.com |
| Date Created: | 12/12/2023 12:59:13 AM |
| Last Changed By Date: | 12/9/2024 6:48:18 AM |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Twitter Handle: | |

# Domain List - All for Shopper ID 597406494

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| wayne-farms.com | 0 Active | 12/12/2023 | 12/12/2025 | 2841737319 |

# Domain Information for Shopper ID 597406494

| | |
|---|---|
| Shopper ID: | 597406494 |
| Domain Name: | wayne-farms.com |
| Registrar: | GoDaddy.com, LLC |
| Registration Period: | 2 |
| Create Date: | 12/12/2023 3:05:18 AM |
| Expiration Date: | 12/12/2025 3:05:18 AM |
| Update Date: | 12/9/2024 8:48:21 AM |
| Transfer Away Eligibility Date: | |
| Status: | 0 Active |
| Is Certified Domain: | False |
| Gaining Registrar Name: | GoDaddy.com, LLC |
| Transferred Away Date: | |
| Last Modified: | 12/9/2024 7:32:22 AM |
| Custom DNS: | No |
| Name Servers: | ns21.skyhost.pk<br>ns22.skyhost.pk |
| Auto Renew: | No |
| Renew Period: | 0 |

# Domain Information for Shopper ID 597406494

## Registrant Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | c53ab691d91a424fa33011a436ce5dbe@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 100 S. Mill Ave, Suite 1600 |
| City: | Tempe |
| State/Province: | Arizona |
| Postal Code: | 85281 |
| Country: | United States |
| Phone: | +1.4806242599 |
| Fax: | |
| Modify Time: | 12/12/2023 1:05:07 AM |

## Technical Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | c53ab691d91a424fa33011a436ce5dbe@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 100 S. Mill Ave, Suite 1600 |
| City: | Tempe |
| State/Province: | Arizona |
| Postal Code: | 85281 |
| Country: | United States |
| Phone: | +1.4806242599 |
| Fax: | |
| Modify Time: | 12/12/2023 1:05:07 AM |

## Administrative Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | c53ab691d91a424fa33011a436ce5dbe@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 100 S. Mill Ave, Suite 1600 |
| City: | Tempe |
| State/Province: | Arizona |
| Postal Code: | 85281 |
| Country: | United States |
| Phone: | +1.4806242599 |
| Fax: | |
| Modify Time: | 12/12/2023 1:05:07 AM |

## Billing Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | c53ab691d91a424fa33011a436ce5dbe@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 100 S. Mill Ave, Suite 1600 |
| City: | Tempe |
| State/Province: | Arizona |
| Postal Code: | 85281 |
| Country: | United States |
| Phone: | +1.4806242599 |
| Fax: | |
| Modify Time: | 12/12/2023 1:05:07 AM |

# Contact Audit History

## wayne-farms.com

| Modified | Origin | Note |
|---|---|---|
| 6/4/2024 6:56:24 AM | Creating proxied record via api-domains-dbp, requestedByIP: api-domains-dbp, modifiedByIP: 169.254.172.2, requestedBy: RegFulfillmentSvc | Billing: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|100 S. Mill Ave, Suite 1600\|\|Tempe\|Arizona\|85281\|United States\|+1.4806242599\|\| |
| 6/4/2024 6:56:24 AM | Creating proxied record via api-domains-dbp, requestedByIP: api-domains-dbp, modifiedByIP: 169.254.172.2, requestedBy: RegFulfillmentSvc | Administrative: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|100 S. Mill Ave, Suite 1600\|\|Tempe\|Arizona\|85281\|United States\|+1.4806242599\|\| |
| 6/4/2024 6:56:24 AM | Creating proxied record via api-domains-dbp, requestedByIP: api-domains-dbp, modifiedByIP: 169.254.172.2, requestedBy: RegFulfillmentSvc | Registrant: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|100 S. Mill Ave, Suite 1600\|\|Tempe\|Arizona\|85281\|United States\|+1.4806242599\|\| |
| 6/4/2024 6:56:24 AM | Creating proxied record via api-domains-dbp, requestedByIP: api-domains-dbp, modifiedByIP: 169.254.172.2, requestedBy: RegFulfillmentSvc | Technical: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|100 S. Mill Ave, Suite 1600\|\|Tempe\|Arizona\|85281\|United States\|+1.4806242599\|\| |
| 12/12/2023 1:05:07 AM | Creating proxied record via api-domains-dbp, requestedByIP: api-domains-dbp, modifiedByIP: 169.254.172.2, requestedBy: RegFulfillmentSvc | Billing: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|\| |
| 12/12/2023 1:05:07 AM | Creating proxied record via api-domains-dbp, requestedByIP: api-domains-dbp, modifiedByIP: 169.254.172.2, requestedBy: RegFulfillmentSvc | Administrative: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|\| |
| 12/12/2023 1:05:07 AM | Creating proxied record via api-domains-dbp, requestedByIP: api-domains-dbp, modifiedByIP: 169.254.172.2, requestedBy: RegFulfillmentSvc | Registrant: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|\| |
| 12/12/2023 1:05:07 AM | Creating proxied record via api-domains-dbp, requestedByIP: api-domains-dbp, modifiedByIP: 169.254.172.2, requestedBy: RegFulfillmentSvc | Technical: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|\| |
| 12/12/2023 1:04:58 AM | Domain Registration - Contact. : Updated by:ppp_writeDomainRegistration_sp;REQUESTEDBY:2841737319 fulfillment;IP:P3PWGDCOMM007 | Billing: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|\| |
| 12/12/2023 1:04:58 AM | Domain Registration - Contact. : Updated by:ppp_writeDomainRegistration_sp;REQUESTEDBY:2841737319 fulfillment;IP:P3PWGDCOMM007 | Administrative: Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|\| |
| 12/12/2023 1:04:58 AM | Domain Registration - Contact. : Updated by:ppp_writeDomainRegistration_ | Registrant: Registration\|Private\|Domains By Proxy, LLC\| |

# Contact Audit History

## wayne-farms.com

| Modified | Origin | Note |
|---|---|---|
| | sp;REQUESTEDBY:2841737319 fulfillment;IP:P3PWGDCOMM007 | DBP@domainsbyproxy.com\| DomainsByProxy.com\|2155 E Warner Rd\|\| Tempe\|Arizona\|85284\|United States\| +1.4806242599\|\| |
| 12/12/2023 1:04:58 AM | Domain Registration - Contact. : Updated by:ppp_writeDomainRegistration_ sp;REQUESTEDBY:2841737319 fulfillment;IP:P3PWGDCOMM007 | Technical: Registration\|Private\|Domains By Proxy, LLC\| DBP@domainsbyproxy.com\| DomainsByProxy.com\|2155 E Warner Rd\|\| Tempe\|Arizona\|85284\|United States\| +1.4806242599\|\| |

**CONFIDENTIAL**                                                         GD    000006

# Shopper Contact Audit for Shopper ID 597406494

| Change Date | Requested By | IP Address | Value Changed | Previous Value | Changed To |
|---|---|---|---|---|---|
| 12/12/2023 1:04:57 AM | pci.eCommClient.prod.intranet.gdg | GoDaddy Internal IP | city | | Oakwood |
| 12/12/2023 1:04:57 AM | pci.eCommClient.prod.intranet.gdg | GoDaddy Internal IP | country | | PK |
| 12/12/2023 1:04:57 AM | pci.eCommClient.prod.intranet.gdg | GoDaddy Internal IP | first_name | | Van |
| 12/12/2023 1:04:57 AM | pci.eCommClient.prod.intranet.gdg | GoDaddy Internal IP | last_name | | Dam |
| 12/12/2023 1:04:57 AM | pci.eCommClient.prod.intranet.gdg | GoDaddy Internal IP | phone1 | | +1.214794■■■ |
| 12/12/2023 1:04:57 AM | pci.eCommClient.prod.intranet.gdg | GoDaddy Internal IP | state | | GA |
| 12/12/2023 1:04:57 AM | pci.eCommClient.prod.intranet.gdg | GoDaddy Internal IP | street1 | | 4110 Continental Dr |
| 12/12/2023 1:04:57 AM | pci.eCommClient.prod.intranet.gdg | GoDaddy Internal IP | zip | | 30566 |
| 12/12/2023 12:59:13 AM | login.prod.client.int.godaddy.com | GoDaddy Internal IP | email | 597406494 | waynefarms66@gmail.com |

## Legal Receipt for Shopper ID 597406494

| | |
|---|---|
| Shopper ID: | 597406494 |
| Receipt ID: | 3456766884 |
| ProgId: | GoDaddy |
| SiteUrl: | http://registrar.godaddy.com |
| Date (Local AZ): | 12/9/2024 6:48:14 AM |
| Source Code: | CJCFOS1 |

**Shipping Information**

Van Dam

4110 Continental Dr

Oakwood, GA 30566 PK

Daytime Phone: +1.21479

waynefarms66@gmail.com

**Billing Information**

Van Dam

4110 Continental Dr

Oakwood, GA 30566 PK

Daytime Phone: +1.214794

waynefarms66@gmail.com

| | |
|---|---|
| IP: | 154.192.133.52::https://cart.godaddy.com/payapi |

**Transaction Occurred as: Pakistan Rupee (PKR)**

*Payment 1: 4,050*

| | |
|---|---|
| Paid: | Credit Card |
| Processor: | ChaseNL-GD_PKR |
| AVS Code: | S |
| Name: | Van Dam |
| Creditcard Number: | ############2833 |
| Creditcard Information: | MasterCard Exp. 8/2029 |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 10101-1 | .COM Domain Name Renewal - 1 Year (recurring)<br>Length: 1 Year(s)<br>Domain: wayne-farms.com<br>This is a service item. | Rs4,999 | Rs4,999 | Rs51 | 1 | Rs1,000 | Rs4,050 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| Rs4,050 | Rs0 | Rs0 | Rs4,050 |

## Legal Receipt for Shopper ID 597406494

| | |
|---|---|
| Shopper ID: | 597406494 |
| Receipt ID: | 2841737319 |
| ProgId: | GoDaddy |
| SiteUrl: | http://registrar.godaddy.com |
| Date (Local AZ): | 12/12/2023 1:04:55 AM |
| Source Code: | MIGRATE22 |

## Shipping Information

PK

waynefarms66@gmail.com

## Billing Information

Van Dam

4110 Continental Dr

Oakwood, GA 30566 PK

Daytime Phone: +1.214794▮▮▮▮

waynefarms66@gmail.com

| | |
|---|---|
| IP: | 206.84.188.14::https://cart.godaddy.com/payapi |

**Transaction Occurred as: Pakistan Rupee (PKR)**

*Payment 1: 3,039*

| | |
|---|---|
| Paid: | Credit Card |
| Processor: | Chase-GD_PKR |
| AVS Code: | S |
| Name: | Van Dam |
| Creditcard Number: | ############4145 |
| Creditcard Information: | MasterCard Exp. 2/2025 |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 1338722-1 | Hosting - Web - Economy - Linux cPanel - 1 years (recurring)<br>Length: 1 Year(s)<br>Domain:<br>This is a service item. | Rs19,188 | Rs9,588 | Rs0 | 1 | Rs6,600 | Rs2,988 |
| 2 | 1192189-1 | Professional Email - Individual - 1 month(s)<br>Length: 1 Month(s)<br>Domain:<br>This is a service item. | Rs299 | Rs0 | Rs0 | 1 | Rs0 | Rs0 |
| 3 | 3604-1 | Standard SSL (1 Year) (annual)<br>Length: 1 Year(s)<br>Domain:<br>This is a service item. | Rs13,999 | Rs0 | Rs0 | 1 | Rs0 | Rs0 |
| 4 | 101-1 | .COM Domain Name Registration - 1 Year (recurring)<br>Length: 1 Year(s)<br>Domain: wayne-farms.com<br>This is a service item. | Rs4,999 | Rs3,499 | Rs51 | 1 | Rs3,499 | Rs51 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| Rs3,039 | Rs0 | Rs0 | Rs3,039 |

**CONFIDENTIAL**                    GD    000009

# Sso Login Audit for Shopper ID 597406494

| IP Address | Login Status | Login Time (UTC) |
|---|---|---|
| 154.192.135.67 | success | 12/13/2024 5:46 AM |
| 154.192.133.52 | success | 12/9/2024 1:15 PM |